# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARTHIKEYAN V. VEERA, | |
| Plaintiff, | Civil Action No. 10-cv-4191 (HB) |
| - against - | |
| | **NOTICE OF APPEARANCE** |
| AMBAC FINANCIAL GROUP, INC., et al., | |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Defendants Ambac Financial Group, Inc., Ambac Plan Administrative Committee, Sean T. Leonard, Gregg L. Bienstock, Diana Adams, Robert Eisman, Timothy Stevens, and Anne Gill Kelly.

I certify that I am admitted to practice in this Court.

Dated: June 29, 2010

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:

/s/     Jamie M. Kohen
Jamie M. Kohen (jk0273)
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax:    (212) 309-6001
Email: jkohen@morganlewis.com

*Attorney for Defendants Ambac Financial Group, Inc., Ambac Plan Administrative Committee, Sean T. Leonard, Gregg L. Bienstock, Diana Adams, Robert Eisman, Timothy Stevens, and Anne Gill Kelly*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been filed and served by Notice of Electronic Filing pursuant to Rule 5(b)(2)(E), Federal Rules of Civil Procedure on this 29th day of June, 2010.

          Stephen J. Fearon, Jr.
          Caitlin Duffy
          Garry T. Stevens, Jr.

          32 East 57th Street, 12th Floor
          New York, New York 10022

          *Attorneys for Plaintiff*

          /s/      Jamie M. Kohen
          Jamie M. Kohen