## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARTHIKEYAN V. VEERA, | |
| Plaintiff, | Civil Action No. 10-cv-4191 (HB) |
| - against - | |
| | **NOTICE OF APPEARANCE** |
| AMBAC PLAN ADMINISTRATIVE COMMITTEE, ET AL., | |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Defendants.

I certify that I am admitted to practice in this Court.

Dated: December 21, 2010

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:

/s/Brendan T. Killeen
Brendan T. Killeen (bk2560)
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax:     (212) 309-6001
Email: bkilleen@morganlewis.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been filed and served by Notice of Electronic Filing pursuant to Rule 5(b)(2)(E), Federal Rules of Civil Procedure on this 21st day of December, 2010.

          Stephen J. Fearon, Jr.
          Caitlin Duffy
          Garry T. Stevens, Jr.

          32 East 57th Street, 12th Floor
          New York, New York 10022

          *Attorneys for Plaintiff*

          /s/Brendan T. Killeen
          Brendan T. Killeen