UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KARTHIKEYAN V. VEERA, : | |
| : | |
| Plaintiff, : | Civil Action No. 10-cv-4191 (HB) |
| - against - : | |
| AMBAC PLAN ADMINISTRATIVE : | |
| COMMITTEE, et al., : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMIE M. KOHEN

Please take notice that Morgan, Lewis & Bockius LLP hereby withdraws the appearance of Jamie M. Kohen as one of the attorneys of record for Defendants in the above-captioned proceeding. Other counsel from Morgan, Lewis & Bockius LLP will remain as counsel for Defendants.

Dated: December 22, 2010            Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/Brendan T. Killeen
Gregory C. Braden *(admitted pro hac vice)*
Christopher A. Weals *(admitted pro hac vice)*
Brendan T. Killeen (bk2560)
101 Park Avenue
New York, NY  10178
Phone: (212) 309-6000
Fax:    (212) 309-6001
Email: gbraden@morganlewis.com
        cweals@morganlewis.com
        bkilleen@morganlewis.com

*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMIE M. KOHEN has been filed and served by Notice of Electronic Filing pursuant to Rule 5(b)(2)(E), Federal Rules of Civil Procedure on this 22nd day of December, 2010.

        Stephen J. Fearon, Jr.
        Caitlin Duffy
        Garry T. Stevens, Jr.
        32 East 57th Street, 12th Floor
        New York, New York 10022

        *Attorneys for Plaintiff*

        /s/Brendan T. Killeen
        Brendan T. Killeen