# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

November 17, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11

**VIA FACSIMILE**
**(212-805-7901)**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Veera v. Ambac Plan Administrative Committee, et al.,*
      **No. 10 cv 4191-HB**

Dear Judge Baer:

We represent Plaintiff in this action and write with the consent of Defendants' counsel to request that the status conference scheduled for Monday, November 21, 2011, be adjourned until after January 19, 2012, which is the currently proposed date for the Confirmation Hearing in the bankruptcy proceedings.

The Court previously adjourned the status conference to Monday because at the time the Confirmation Hearing was scheduled for November 8-9, 2011. *See* Doc No. 67.

The Confirmation Hearing is now scheduled for December 8-9, 2011. The Debtor however recently requested that those dates be adjourned to January 19, 2012 and the Bankruptcy Court is hearing that motion today.

In light of the fact that this action is still stayed and the Confirmation Hearing has not occurred yet, the parties request that the status conference be adjourned until after the Confirmation Hearing.

# Squitieri & Fearon, LLP

The Honorable Harold Baer, Jr.
November 17, 2011
Page 2 of 3

We have consulted with counsel for the Defendants and they concur with this request.

Respectfully submitted,

Stephen J. Fearon, Jr.
Caitlin Duffy
Garry T. Stevens, Jr.

Cc: Defendants' Counsel of Record (via email)

adjourned to March 8, 2012
at 2:30 PM

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 11/19/11

Endorsement:

    Adjourned to March 8, 2012 at 2:30 P.M.